UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CHARLES F. BURRILL et al., | ) | |
| Plaintiff(s) | ) | |
| | ) | CIVIL NO. 1:20-cv-00189-DBH |
| v. | ) | |
| | ) | |
| SOMERSET COUNTY, et al., | ) | |
| Defendant(s) | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)

NOW COME the parties to this action, through the undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby dismiss this action and all claims, including claims for attorney's fees, that were or could have been asserted therein, with prejudice and without costs.

Dated:  July 12, 2022

*/s/ Peter M. Rice*
Peter M. Rice, Esq.
DISABILITY RIGHTS MAINE
160 Capitol Street, Suite 4
Augusta, ME  04330
(207)626-2774
pmrice@drme.org

*/s/ Peter T. Marchesi*
Peter T. Marchesi, Esq.
WHEELER & AREY
27 Temple Street
Waterville, Maine  04901
(207)660-9201
peter@wheelerlegal.com

/s/ *Andrew P. Cotter*
Andrew P. Cotter, Esq.
CLIFFORD & CLIFFORD, LLC
10 Moulton Street, 5th Floor
Portland, Maine 04101
(207) 613-9465
andrew@cliffordclifford.com